# United States District Court
## *Southern District of Georgia*

ABDIEL ECHEVERRIA

_____
Plaintiff

v.

GEORGIA WASTE SYSTEMS, INC., ET AL
_____
Defendant

Case No. __1:23-cv-00013-JRH-BKE__

Appearing on behalf of

__Defendants__
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __8th__ day of __September__, __2023__.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Jacob S. Gibson

Business Address: Littler Mendelson, P.C.
Firm/Business Name

3424 Peachtree Rd, NE
Street Address

Suite 1200 | Atlanta | GA | 30326
Street Address (con't) | City | State | Zip

_____
Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

404.233.0330 | 178516
Telephone Number (w/ area code) | Georgia Bar Number

Email Address: jsgibson@littler.com