IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ABDIEL ECHEVERRIA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 123-013 |
| | * | |
| GEORGIA WASTE SYSTEMS, INC.; | * | |
| WASTE MANAGEMENT, INC.; and | * | |
| LORI VIDETTO, in her | * | |
| individual and official | * | |
| capacities, | * | |
| | * | |
| Defendants. | | |

O R D E R

Before the Court is the Parties' joint stipulation for voluntary dismissal with prejudice. (Doc. 44.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 8th day of December, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA